BANK OF MANHATTAN TRUST COMPANY, as Successor Trustee by Merger to AMERICAN TRUST COMPANY, under a Certain Mortgage or Deed of Trust Made by TWENTY-ONE SIXTY-SIX BROADWAY CORPORATION and THE CORPORATION OF THE MANHATTAN CONGREGATIONAL CHURCH to AMERICAN TRUST COMPANY, as Trustee, Dated March 1, 1928, Respondent v. TWENTY-ONE SIXTY-SIX BROAD-

*Affd., 264 N. Y. 683.

WAY CORPORATION and Others, Defendants, and THE CORPORATION OF THE MANHATTAN CONGREGATIONAL CHURCH, Respondent. JAMES R. MURPHY, Receiver, Appellant, and COMMONWEALTH BOND CORPORATION, as Committee for Bondholders, and HERMAN HOFFMAN, Referee, Respondents.— Order affirmed, with twenty dollars costs and disbursements to the respondents Bank of Manhattan Trust Company, as successor trustee, etc., and Commonwealth Bond Corporation, as committee for bondholders. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.